# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00126-CV

**Soorena Sharifi, Appellant**

**v.**

**Sonia Danielle Sharifi, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
### NO. 13-0566-F425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This is an appeal from a judgment dismissing a divorce proceeding on grounds of forum non conveniens. Relying on what he claims is a mediated settlement agreement between the parties (MSA) that would resolve the underlying controversy, appellant Soorena Sharifi has filed a motion requesting us to reverse the district court's judgment and remand the cause for entry of judgment in accordance with the agreement. Appellee Sonia Danielle Sharifi has opposed the motion, disagreeing that the purported MSA resolved the controversy and opposing rendition of judgment on that basis.

In light of the parties' dispute regarding the MSA, we must deny appellant's motion.[1] Instead, we abate this appeal pending further proceedings that appellant may pursue to seek

---

[1] *See, e.g.*, *Mantas v. Fifth Court of Appeals*, 925 S.W.2d 656, 658-59 (Tex. 1996) (per curiam) (orig. proceeding).

enforcement of the MSA.[2]  We also instruct appellant to file either a motion to reinstate this appeal or a report advising us of the status of any enforcement proceedings by not later than December 31, 2014.

Before Justices Puryear, Pemberton, and Field

Abated

Filed:   September 12, 2014

---

[2] *See id.*